**Order entered May 6, 2020**



**In the**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-19-00710-CR**

**JOHN FRANCIS WALSH III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-75832-H**

## ORDER

Before the court is pro se appellant's May 1, 2020 second motion to extend the time to file his pro se response to counsel's *Anders* brief. We **GRANT** the motion and extend the time to file appellant's pro se response to **June 26, 2020**.

By order issued March 23, 2020, the court ordered counsel to send appellant a copy of the record and verify that the record had been sent within twenty-one days. Counsel has not filed the verification as directed. We **ORDER** counsel to file

**WITHIN TEN DAYS** a verification with this court describing what portions of the record were sent to appellant and when this occurred.

Appellant reports he has received an incomplete copy of the record, though he does not specify what he believes is missing from the record. Without further information regarding any deficiencies in the record delivered to appellant, the court will take no action on appellant's allegation about the state of the record. If appellant believes a material portion of the record has been omitted, he may file a motion with the court requesting additional relief. Alternatively, he may address deficiencies in the record presented as part of his pro se response.

We **DIRECT** the Clerk to transmit a copy of this order by electronic transmission to appellate counsel Sharita Blacknall, to counsel for the State, and to the Honorable Nancy Kennedy, presiding judge of Criminal District Court Number 2.

We further **DIRECT** the Clerk to send a copy of this order, by first class mail, to John Francis Walsh, III; TDCJ # 02270860; Coffield Unit; 2661 FM 2054; Tennessee Colony, Texas 75884.

/s/    CORY L. CARLYLE
JUSTICE